UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **FAUSTINO H. GARCIA, JR.,** | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| vs. | |
| **REBOUND, LLC,** doing business as Healthsouth Cane Creek Rehabilitation Hospital, | CASE NO: 17-1084-STA-egb |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Joint Stipulation of Dismissal With Prejudice entered on February 28, 2018, this cause is hereby dismissed with prejudice.**

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 3/1/2018    THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk